Hon. Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LISA SAWOYA,<br><br>Plaintiff,<br><br>v.<br><br>CONSUMER LEGAL GROUP P.C.; ARYEH WEBER; PERFECT FINANCIAL LLC d/b/a AMERICAS FIRST FINANCIAL; TODD BETLEJEWSKI; and JEANNETTE PRESTON,<br><br>Defendants. | No. 2:26-cv-03002-KKE<br><br>STIPULATED MOTION TO EXTEND TIME FOR DEFENDANTS PERFECT FINANCIAL LLC, TODD BETLEJEWSKI, AND JEANNETTE PRESTON TO RESPOND TO THE COMPLAINT<br><br>AND ORDER<br><br>**NOTE ON MOTION CALENDAR: August 31, 2026** |

Plaintiff LISA SAWOYA (“**Plaintiff**”) and Defendants PERFECT FINANCIAL LLC d/b/a AMERICAS FIRST FINANCIAL (“**Perfect Financial**”), TODD BETLEJEWSKI (“**Betlejewski**”), and JEANNETTE PRESTON (“**Preston**”) (collectively, “**Defendants**,” and collectively with Plaintiff, the “**Parties**”), by and through their undersigned counsel, hereby stipulate and jointly move pursuant to Fed. R. Civ. P. 6(b)(1)(A) and LCR 7(d)(1), 7(j), and 10(g) to extend the deadline for Defendants to respond to the Complaint as follows:

WHEREAS, on June 8, 2026, Plaintiff filed the Complaint (“**Complaint**”) in the Superior Court of the State of Washington, County of King, Case No. 26-2-18547-6 SEA;



McNaul Ebel PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

WHEREAS, Defendant Preston was served with a summons and the Complaint on June 20, 2026, Defendant Perfect Financial was served with a summons and the Complaint on June 24, 2026, and Defendant Betlejewski was served with a summons and the Complaint on July 26, 2026;

WHEREAS, on August 17, 2026, the Parties agreed to an extension of the deadline for Defendants to respond to the Complaint until September 25, 2026;

WHEREAS, on August 25, 2026, pursuant to 28 U.S.C. §§ 1331, 1367(a), 1441(a), and 1446, Defendant Betlejewski noticed the removal of this action to the United States District Court for the Western District of Washington;

WHEREAS, pursuant to Rule 81(c)(2)(C), Defendants' current deadline to respond to the Complaint in this Court is September 1, 2026;

WHEREAS, the Parties jointly request an extension of Defendants' deadline to respond to the Complaint, to September 25, 2026;

WHEREAS, good cause exists for the requested extension because Defendants require additional time to investigate the claims in this case and prepare their response to the Complaint;

WHEREAS, this is the Parties' first request to extend Defendants' deadline to respond to the Complaint in this Court;

WHEREAS, by this stipulation Defendants do not waive, and expressly reserve, all defenses, objections, and arguments, including all defenses under Fed. R. Civ. P. 12;

WHEREAS, the requested extension will not affect any other dates or deadlines established by the Court because no scheduling order has been entered in this matter, and no party will be prejudiced by the requested extension, and this motion is made in good faith and filed in advance of the current response deadline.

* * *



McNaul Ebel PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

I certify that this memorandum contains 361 words, in compliance with the Local Civil Rules.

DATED this 31st day of August, 2026.

McNAUL EBEL PLLC

By: *s/ Daniel M. Weiskopf*
Daniel M. Weiskopf, WSBA No. 44941
Richard W. Redmond, WSBA No. 58835

600 University Street, Suite 2700
Seattle, Washington 98101
(206) 467-1816
dweiskopf@mcnaul.com
rredmond@mcnaul.com

*Attorneys for Defendants Perfect Financial LLC, Todd Betlejewski, and Jeannette Preston*

TERRELL MARSHALL LAW GROUP PLLC

By: *s/ Toby J. Marshall*
Toby J. Marshall, WSBA No. 32726
Jennifer Rust Murray, WSBA No. 36983
Eden B. Nordby, WSBA No. 58654
Elizabeth Schatz Cordero, WSBA No. 63175

1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
(206) 816-6603
tmarshall@terrellmarshall.com
jmurray@terrellmarshall.com
enordby@terrellmarshall.com
eschatzcordero@terrellmarshall.com

*Attorneys for Plaintiff*

**ORDER**

Pursuant to the Parties' stipulation, IT IS HEREBY ORDERED:

Defendants Perfect Financial LLC, Todd Betlejewski, and Jeannette Preston's deadline to respond to the Complaint is extended from September 1, 2026, through and including September 25, 2026.

IT IS SO ORDERED.

DATED this 31st day of August, 2026.

Kymberly K Evanson

Kymberly K. Evanson
United States District Judge

Jointly presented by:

McNAUL EBEL PLLC

By: _s/ Daniel M. Weiskopf_
Daniel M. Weiskopf, WSBA No. 44941
Richard W. Redmond, WSBA No. 58835
dweiskopf@mcnaul.com
rredmond@mcnaul.com
*Attorneys for Defendants Perfect Financial LLC, Todd Betlejewski, and Jeannette Preston*

TERRELL MARSHALL LAW GROUP PLLC

By: _s/ Toby J. Marshall_
Toby J. Marshall, WSBA No. 32726
Jennifer Rust Murray, WSBA No. 36983
Eden B. Nordby, WSBA No. 58654
Elizabeth Schatz Cordero, WSBA No. 63175
tmarshall@terrellmarshall.com
jmurray@terrellmarshall.com
enordby@terrellmarshall.com
eschatzcordero@terrellmarshall.com
*Attorneys for Plaintiff*