UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LISA SAWOYA,<br><br>Plaintiff,<br>v.<br><br>CONSUMER LEGAL GROUP P.C., et al.,<br><br>Defendants. | CASE NO. C26-3002-KKE<br><br>ORDER |

For good cause shown, the Court GRANTS Defendants Consumer Legal Group, P.C.'s and Aryah Weber's unopposed motion to extend time to respond to the complaint. Dkt. No. 12.

IT IS HEREBY ORDERED that Consumer Legal Group, P.C. and Aryeh Weber's deadline to respond to the Complaint is extended from September 1, 2026, through and including October 9, 2026.

Dated this 15th day of September, 2026

Kymberly K. Evanson
United States District Judge