Hon. Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LISA SAWOYA,<br><br>Plaintiff,<br><br>v.<br><br>CONSUMER LEGAL GROUP P.C.; ARYEH WEBER; PERFECT FINANCIAL LLC d/b/a AMERICAS FIRST FINANCIAL; TODD BETLEJEWSKI; and JEANNETTE PRESTON,<br><br>Defendants. | No. 2:26-cv-03002-KKE<br><br>STIPULATED MOTION TO EXTEND TIME FOR DEFENDANTS PERFECT FINANCIAL LLC, TODD BETLEJEWSKI, AND JEANNETTE PRESTON TO RESPOND TO THE FIRST AMENDED COMPLAINT<br><br>AND ORDER<br><br>**NOTE ON MOTION CALENDAR: October 30, 2026** |

**STIPULATED MOTION**

Plaintiff Lisa Sawoya and Defendants Perfect Financial LLC, Todd Betlejewski, and Jeanette Preston, collectively, "Defendants," and collectively with Plaintiff, the "Parties," respectfully request an order setting Defendants' deadline to respond to the First Amended Complaint to a date thirty days after the summons is issued.

**POINTS AND AUTHORITIES**

Under Federal Rule of Civil Procedure 6, the Court may extend time for good cause shown before the time expires. The First Amended Complaint was filed on October 16, 2026. Dkt. No. 21. Plaintiff has filed a Praecipe to Issue Summons to Defendants. *See*

Dkts. No. 22-4, 22-5, 22-6. Defendants have agreed to accept service of summons. Defendants will need more time to answer the allegations now that the complaint has been amended in light of other personal and professional obligations. No party will be prejudiced by the extension; indeed, the new defendants (MCA Capital Partners, LLC and Solomon Feig) have not yet been served. For these reasons, the parties agree to an extension to answer the First Amended Complaint to a date 30 days after summons issues.

**CONCLUSION**

For these reasons, the parties respectfully request an order setting the deadline for Defendants to respond to the First Amended Complaint to a date 30 days after summons issues.

* * *

I certify that this memorandum contains 208 words, in compliance with the Local Civil Rules.

IT IS SO STIPULATED.

STIPULATED this 30th day of November, 2026.

McNAUL EBEL PLLC

By: *s/ Theresa M. DeMonte*
Daniel M. Weiskopf, WSBA No. 44941
Theresa M. DeMonte, WSBA No. 43994
Richard W. Redmond, WSBA No. 58835

600 University Street, Suite 2700
Seattle, Washington 98101
(206) 467-1816
dweiskopf@mcnaul.com
tdemonte@mcnaul.com
rredmond@mcnaul.com

*Attorneys for Defendants Perfect Financial LLC, Todd Betlejewski, and Jeannette Preston*

TERRELL MARSHALL LAW GROUP PLLC

By: *s/ Jennifer Rust Murray*

Toby J. Marshall, WSBA No. 32726
Jennifer Rust Murray, WSBA No. 36983
Eden B. Nordby, WSBA No. 58654
Elizabeth Schatz Cordero, WSBA No. 63175

1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
(206) 816-6603
tmarshall@terrellmarshall.com
jmurray@terrellmarshall.com
enordby@terrellmarshall.com
eschatzcordero@terrellmarshall.com

*Attorneys for Plaintiff*

**ORDER**

Pursuant to the Parties' stipulation, IT IS HEREBY ORDERED:

Defendants Perfect Financial LLC, Todd Betlejewski, and Jeannette Preston's deadline to respond to the First Amended Complaint is extended to a date 30 days after summons is issued.

IT IS SO ORDERED.

DATED this 2nd day of November, 2026.



Kymberly K. Evanson
United States District Judge